**SO ORDERED.**

# TIFFANY & BOSCO
### P.A.

**Dated: January 04, 2010**

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

_____
**REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-29939/0068818525

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-27747-RTBP |
| Daniel A. Koski and Terri Elizabeth Koski <br> Debtors. | Chapter 7 |
| _____ | ORDER |
| Wells Fargo Bank, N.A. <br> Movant, | |
| vs. | (Related to Docket #8) |
| Daniel A. Koski and Terri Elizabeth Koski, <br> Debtors, William E. Pierce, Trustee. | |
| Respondents. | |

       Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 21, 2006 and recorded in the office of the Washoe County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Daniel A. Koski and Terri Elizabeth Koski have an interest in, further described as:

> Lot 33 in Block B of SPRING CREEK SUBDIVISION UNIT NO. 3A, according to the nap thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on November 20, 1989, under File No. 1363666, and as Tract Map No. 2620.

> APN: 083-563-17

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT